UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| James Drummond, | : |
| | : Civil Action No.: 8:11-cv-00148-RWT |
| Plaintiff, | : |
| v. | : |
| | : |
| Accounts Receivable Management, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)

James Drummond ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 25, 2011

Respectfully submitted,
By /s/ Forrest E. Mays
Forrest E. Mays (Bar No. 07510)
1783 Forest Drive, Suite 109
Annapolis, MD 21401
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
ATTORNEYS FOR PLAINTIFF

"APPROVED" THIS 28th DAY
of March 11
[signature]
UNITED STATES DISTRICT JUDGE